IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EDWARD A. BILISKI,**<br>　　Plaintiff,<br><br>　　　　v.<br><br>**RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION; IRWIN J. BECNEL, JR, CHARLES CAVANAUGH, GARY LINARDUCCI, JAMES J. BUCKLEY, MARGUERITE VAVALA, YVONNE JOHNSON, MARTIN A. WILSON, SR.,** individually and in their official capacities as members of the Red Clay Consolidated School District Board of Education; **ROBERT J. ANDRZEJEWSKI,** individually and in his official capacity as Superintendent of the Red Clay Consolidated School District; and **RED CLAY CONSOLIDATED SCHOOL DISTRICT,**<br>　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. _____<br>:<br>:<br>:<br>:<br>: TRIAL BY JURY IS DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## COMPLAINT

### JURISDICTION AND VENUE

1. The claims set forth herein arise and are instituted pursuant to 42 U.S.C. §1983 to redress the deprivation by the defendants, acting under color of state law, of a right, privilege and immunity secured to the plaintiff by the Fourteenth Amendment to the Constitution of the United States.

2. This Court has original jurisdiction pursuant to 28 U.S.C. §1331 and §1343(3) and 42 U.S.C. §1983. Declaratory relief is sought under 28 U.S.C. §2201 and 2202.

3. The acts alleged herein were committed within the State of Delaware.

### THE PARTIES

4. The Plaintiff, Edward A. Biliski ("Biliski"), is a male citizen of the United States and resides in New Castle County, State of Delaware. Biliski was formerly employed as a computer technician by the defendant Red Clay Consolidated School District Board of Education ("Board").

5. The defendant Board is a "school board" as defined in 14 *Del.C.* §1041(1) organized and existing under the laws of the State of Delaware, 14 *Del.C.* §1041, *et seq.*

6. Defendants Irwin J. Becnel, Jr., Charles Cavanaugh, Gary Linarducci, Martin A. Wilson,

Sr., Marguerite Vavalla, James J. Buckley, and Yvonne Johnson constitute the individual membership of the Defendant Board.

7. Defendant Robert J. Andrzejewski (hereinafter "Superintendent") is the duly appointed Superintendent of the defendant Red Clay Consolidated School District.

8. Defendant Red Clay Consolidated School District ("District") is a "reorganized school district" as defined in 14 *Del.C.* §1041(1) organized and existing under the laws of the State of Delaware, 14 *Del.C.* §1041, *et seq.*

9. At all times referred to herein, the defendants were acting within the scope of their employment and/or were exercising powers conferred on them under color of the laws of the State of Delaware.

## FACTS COMMON TO ALL COUNTS

10. On or about March 20, 2001, the plaintiff was hired by the defendants Board/District as a computer technician. Plaintiff's employment with the Board/District continued from March 20, 2001 through August 8, 2006. On August 8, 2006, plaintiff was called off his work assignment and directed to go to the District's human resources office. When plaintiff arrived at the office, he met with his immediate supervisor, Ted Ammann ("Ammann") and Debra Davenport ("Davenport"), the District's Manager of Human Resources.

11. At this meeting, plaintiff was given a series of three Memos. Each Memo was from Ammann and was dated August 7, 2006. Copies of these Memos are attached to this Complaint as Exhibit 1, Exhibit 2, and Exhibit 3, respectively. The Memos contained allegations relating to plaintiff's job performance. At the conclusion of the meeting, plaintiff was handed a letter from Davenport dated August 8, 2006. A copy of this letter is attached to this Complaint as Exhibit 4. The letter stated:

> This letter is a followup to the meeting held today with me and Mr. Ammann. Due to poor work performance, your name will be submitted to the Board of Education for termination. If approved your date of termination will be effective August 11, 2006.

12. Prior to his attending the meeting with Ammann and Davenport on August 8, 2006, plaintiff had no notice that the defendants District/Board intended to terminate his employment and

had no notice as to the reasons for his termination which might have enabled plaintiff to present his case to any decisionamker prior to his termination.

13. After August 8, 2006 and continuing up to the present time, the plaintiff was not provided with any notice or opportunity to contest the merits of the termination decision with anyone, including the defendants Superintendent, District, or members of the Board.

### Claims Arising Under 42 U.S.C. §1983

14. Plaintiff realleges Paragraphs 1 through 13 above as if here fully set forth.

15. By virtue of his employment by the Board/District from March 20, 2001 through August 8, 2006, the plaintiff had an expectation of continued employment with the Board/District.

16. The aforesaid expectation of continued employment amounts to a property interest which exists under the laws of the State of Delaware and is subject to the protections afforded by the Due Process Clause of the Fourteenth Amendment to the United States Constitution.

17. The actions of the defendants as set forth in Paragraphs 1 through 13 above amounted to a deprivation of the plaintiff's property right to continued employment in violation of the plaintiffs's right to procedural due process under the Fourteenth Amendment to the Constitution of the United States which is actionable under 42 U.S.C. §1983. Specifically:

(1) the defendants failed to provide the plaintiff with any notice or meaningful opportunity to be heard by any decisionmaker prior to his termination on August 8, 2006;

(2) the defendants failed to provide the plaintiff with any notice or meaningful opportunity to be heard by any decisionmaker after his termination on August 8, 2006.

18. The acts as described above by defendants Board and District, its agents and employees, were practiced either intentionally or with reckless indifference to the federally protected rights of the plaintiff.

19. As a direct and proximate result of the unlawful conduct of defendants, its agents and employees, plaintiff has been injured and has suffered a loss of income, including back pay and benefits and future earnings and fringe benefits.

WHEREFORE, the plaintiff requests that the Court grant relief as follows:

(a)  enter a declaratory judgment that the acts and practices complained of herein were unlawful and violative of the Fourteenth Amendment to the Constitution of the United States and 42 U.S.C. §1983;

(b) issue a preliminary and permanent injunction to restore the plaintiff to his former employment and to enjoin the defendants from terminating plaintiff's employment unless the termination procedures employed by the defendants comply with the minimum requirements of procedural due process under the Fourteenth Amendment.

(c) order the defendants, individually, and jointly and severally, to make whole the plaintiff, who has been adversely affected by the violation of constitutional rights described herein, by awarding appropriate monetary damages, including but not limited to backpay, future earnings and fringe benefits, and compensation for all other injuries and losses proximately caused by the unlawful acts of the defendants;

(d)  award plaintiff the costs of the action and his reasonable attorney's fees.

(e)  grant such other and further relief as the court deems necessary and proper.

   /s/    Joseph M. Bernstein
JOSEPH M. BERNSTEIN (#780)
800 N. King Street - Suite 302
Wilmington, DE 19801
302-656-9850
302-656-9836 (Fax)
E-mail: jmbern001@comcast.net
Attorney for Plaintiff

Dated: November 30, 2006

**RED CLAY CONSOLIDATED SCHOOL DISTRICT**

Robert J. Andrzejewski, Ed.D.
*Superintendent*

**Administrative Offices**
2916 Duncan Road
Wilmington, DE 19808

**Department of Information Technology**
Henry C. Conrad Middle School
205 Jackson Avenue
Wilmington, Delaware, 19804

(302) 892-4721
FAX (302) 892-2247

Ted Ammann
*Manager of Technology*
Ted.Ammann@redclay.k12.de.us

Help Desk
(302) 636-HELP

# Memo

**To:** Ed Biliski

**From:** Ted Ammann

**CC:** Debra Davenport

**Date:** August 7, 2006

**Re:** Unaccounted for time

---

On August 1st, we met to discuss an issue regarding a deadline that you had missed. You were then asked to sign a memo that summarized our discussion. When you were given the memo, your behavior was inappropriate for a public office space. You were then unaccounted for during the rest of the day. The next morning, you again left and were unaccounted for until approximately 9AM.

You, as well as other full time techs, have been told to email Cara when you are going to be leaving the building. You have not been doing this.

It is even more important that you inform us if you are going to be leaving for non-tech. related issues so that we know you are not available. You are more than welcome to discuss any issues that you have with appropriate district personnel. However, it is incumbent upon you to notify Cara or myself when you are going to be away from your tech. responsibilities.

At this busy time of year, you were away from tech. responsibilities for over 2 hours with no evidence that you have met with any appropriate district personnel.

Cursing or disparaging remarks about supervisors in public places will not be tolerated and future instances will lead to discipline up to and including termination.


I have received, but do not necessarily agree with the content of this memo.

1
The Red Clay Consolidated School District does not discriminate on the basis of race, color, national origin, religion, sex, age, or disability in its programs, activities or employment practices as required by Title VI, Title IX and Section 504. The district coordinator of compliance is: Administrator of Human Resources Development, RCCSD, 2916 Duncan Road, Wilmington, DE 19808 (302) 683-6662. Exhibit No. 1



**RED CLAY CONSOLIDATED SCHOOL DISTRICT**

Robert J. Andrzejewski, Ed.D.
*Superintendent*

**Administrative Offices**
2916 Duncan Road
Wilmington, DE 19808

**Department of Information Technology**
Henry C. Conrad Middle School
205 Jackson Avenue
Wilmington, Delaware, 19804

(302) 892-4721
FAX (302) 892-2247

Ted Ammann
*Manager of Technology*
Ted.Ammann@redclay.k12.de.us

Help Desk
(302) 636-HELP

# Memo

**To:** Ed Biliski

**From:** Ted Ammann

**CC:** Debra Davenport

**Date:** August 7, 2006

**Re:** Refusal to carryout assigned duties

---

On August 1st, some technicians brought back a van of equipment that needed to be unloaded to our offices. The van was backed up to the door as to quickly empty the van, Barb asked everyone in the building to assist with the unloading. As she came to you, your response was, "No, I'm not doing it. I've been in the schools and it's hot."

Moving technology equipment is a job responsibility of Red Clay technicians and as such you were refusing to complete your responsibilities. It also meant more work for colleagues who were willing to complete the task assigned.

Failure to complete assigned tasks can not be tolerated and continued refusal will lead to disciplinary action up to and including termination.


I have received, but do not necessarily agree with the content of this memo.

1

The Red Clay Consolidated School District does not discriminate on the basis of race, color, national origin, religion, sex, age, or disability in its programs, activities or employment practices as required by Title VI, Title IX and Section 504. The district coordinator of compliance is: Administrator of Human Resources Development, RCCSD, 2916 Duncan Road, Wilmington, DE 19808 (302) 683-6662Exhibit No.2



**RED CLAY CONSOLIDATED SCHOOL DISTRICT**

Robert J. Andrzejewski, Ed.D.
*Superintendent*

**Administrative Offices**
2916 Duncan Road
Wilmington, DE 19808

**Department of
Information Technology**
Henry C. Conrad
Middle School
205 Jackson Avenue
Wilmington, Delaware, 19804

(302) 892-4721
FAX (302) 892-2247

**Ted Ammann**
*Manager of Technology*
Ted.Ammann@redclayk12.de.us

Help Desk
(302) 636-HELP

# Memo

**To:** Ed Biliski

**From:** Ted Ammann

**CC:** Debra Davenport

**Date:** August 7, 2006

**Re:** Disregard for instructions

---

As you know, there has been extensive construction going on in the back parking lot of Conrad. In preparation for this week's construction, we were asked to park in the front of the building. At my request, Rhonda shared this with the team last week. On August 1st, I sent a follow up reminder letting people know that parking needed to be in the front of the building. On August 2nd, you parked in the fire lane behind the building.

In addition to being a safety hazard, parking here showed a disregard for instructions you had been given. This will not be tolerated. Future disregard for instructions or any other similar behavior will lead to disciplinary action up to and including termination.

I have received, but do not necessarily agree with the content of this memo

1

The Red Clay Consolidated School District does not discriminate on the basis of race, color, national origin, religion, sex, age, or disability in its programs, activities or employment practices as required by Title VI, Title IX and Section 504. The district coordinator of compliance is the Administrator of Human Resources Development, RCCSD, 2916 Duncan Road, Wilmington, DE 19808 (302) 683-6662.

Exhibit No. 3

**RED CLAY CONSOLIDATED SCHOOL DISTRICT**

Robert J. Andrzejewski, Ed.D.
*Superintendent*

**Administrative Offices**
2916 Duncan Road
Wilmington, DE 19808

**Human Resources**

(302) 683-6656
FAX (302) 636-8778

**Debra Davenport**
*Manager*

Debra.Davenport@redclay.k12.de.us

August 8, 2006

Mr. Edward Biliski
106 Hunn Road
Manor Park
New Castle, DE 19730

Dear Mr. Biliski,

This letter is a follow-up to the meeting held today with me and Mr. Ammann. Due to poor work performance your name will be submitted to the Board of Education for termination. If approved your date of termination will be effective August 11, 2006.

Sincerely,

Debra Davenport
Manager, Human Resources

cc: Ted Ammann
   Mary Norris
   Diane Dunmon
   HR/Payroll

The Red Clay Consolidated School District does not discriminate on the basis of race, color, national origin, religion, sex, age, or disability in its programs, activities or employment practices as required by Title VI, Title IX and Section 504. The district coordinator of compliance is: Administrator of Human Resources Development, RCCSD, 2916 Duncan Road, Wilmington, DE 19808 (302) 683-6662.

Exhibit No. 4

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS
Edward A. Biliski

## DEFENDANTS
Red Clay Consolidated School District Board of Education, et al.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Joseph M. Bernstein
800 N. King Street - Suite 302
Wilmington, DE 19801
302-656-9850

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Plaintiff was terminated from his employment in violation of his rights to procedural due process under the 14th Amendment to U.S. constitution and 42 U.S.C. §1983

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

[Civil rights box 442 Employment checked]

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23
DEMAND $ _____
Check YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: November 30, 2006
SIGNATURE OF ATTORNEY OF RECORD: /s/ Joseph M. Bernstein

UNITED STATES DISTRICT COURT

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. ___06-740___

## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___10___ COPIES OF AO FORM 85.

___DEC 0 5 2006___  ___Joseph M B___
(Date forms issued)  (Signature of Party or their Representative)

___Joseph M Bernstein___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action