IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD A. BILISKI | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:06-cv-00740-UNA |
| | ) |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION, IRWIN J. BECNEL, JR., CHARLES CAVANAUGH, GARY LINARDUCCI, JAMES J. BUCKLEY, MARGUERITE VAVALA, YVONNE JOHNSON, MARTIN A. WILSON, SR, individually and in their official capacities as members of the Red Clay Consolidated School District Board of Education, ROBERT J. ANDRZEJEWSKI, individually and in His official capacity as Superintendent of Red Clay Consolidated School District, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of the undersigned counsel as attorney for Defendants, Red Clay Consolidated School District Board of Education, Irwin J. Bechnel, Jr., Charles Cavanaugh, Gary Lindarducci, James J. Buckley, Marguerite Vavala, Yvonne Johnson, Martin A. Wilson, Sr., individually and in their official capacities as members of the Red Clay Consolidated School District Board of Education, and Robert J. Zndrzejewski, individually and in his official capacity as Superintendent of Red Clay Consolidated School District.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Barry M. Willoughby
Barry M. Willoughby, Esquire (I.D. No. 1016)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
Email: bwilloughby@ycst.com
Attorney for Defendants, Red Clay Consolidated
School District Board of Education, et al.

Dated: December 20, 2006