IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD A. BILISKI | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:06-cv-00740-UNA |
| | ) |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION, IRWIN J. BECNEL, JR., CHARLES CAVANAUGH, GARY LINARDUCCI, JAMES J. BUCKLEY, MARGUERITE VAVALA, YVONNE JOHNSON, MARTIN A. WILSON, SR, individually and in their official capacities as members of the Red Clay Consolidated School District Board of Education, ROBERT J. ANDRZEJEWSKI, individually and in His official capacity as Superintendent of Red Clay Consolidated School District, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Defendants to file its Answer to Plaintiff's Complaint is February 6, 2007.

| | |
|---|---|
| JOSEPH M. BERNSTEIN, ESQUIRE<br>ATTORNEY AT LAW | YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP |
| /s/ Joseph M. Bernstein<br>Joseph M. Bernstein, Esquire  (I.D. # 780)<br>800 North King Street, Suite 302<br>Wilmington, DE 19801-3544<br>Telephone: (302) 656-9850<br>Facsimile: (302) 656-9836<br>jmbern001@comcast.net<br>Attorney for Plaintiff | /s/ Barry M. Willoughby<br>Barry M. Willoughby, Esquire (I.D. #1016)<br>The Brandywine Building<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>Telephone: (302) 571-6666<br>Facsimile: (302) 576-3345<br>bwilloughby@ycst.com<br>Attorney for Defendants |

Dated:  December 20, 2006

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge