IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD A. BILISKI,<br>　　Plaintiff,<br><br>　　v.<br><br>RED CLAY CONSOLIDATED SCHOOL<br>DISTRICT BOARD OF EDUCATION; IRWIN<br>J. BECNEL, JR, CHARLES CAVANAUGH,<br>GARY LINARDUCCI, JAMES J. BUCKLEY,<br>MARGUERITE VAVALA, YVONNE<br>JOHNSON, MARTIN A. WILSON, SR.,<br>individually and in their official<br>capacities as members of the Red Clay<br>Consolidated School  District Board of<br>Education; ROBERT J. ANDRZEJEWSKI,<br>individually and in his official capacity as<br>Superintendent of the Red Clay Consolidated<br>School District; and RED CLAY<br>CONSOLIDATED SCHOOL DISTRICT,<br>　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 06-740 GMS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## WAIVER OF SERVICE OF SUMMONS

TO: JOSEPH M. BERNSTEIN, ESQUIRE
　　　Attorney for Plaintiff

　　　I acknowledge receipt of your request that I waive service of a summons in the above captioned action. I have also received a copy of the complaint in this action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

　　　I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that the entity on whose behalf I am acting be served with judicial process in the manner provided by Rule 4.

　　　The entity on whose behalf I am acting will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objection based on a defect in the summons or in the service of the summons.

　　　I understand that a judgment may be entered against the party on whose behalf I am acting if an answer or motion under Rule 12 is not served upon you within 60 days after December 6, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　_Diane L. Dunmon_ (signature)
　　　　　　　　　　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　　　　　　　　Print Name: Diane L. Dunmon

　　　　　　　　　　　　　　　　　　　　　　　　Acting for:

Dated: 12-12-06　　　　　　　　　　　　　　　Board of Education