IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD A. BILISKI,<br>    Plaintiff,<br><br>    v.<br><br>RED CLAY CONSOLIDATED SCHOOL<br>DISTRICT BOARD OF EDUCATION; IRWIN<br>J. BECNEL, JR, CHARLES CAVANAUGH,<br>GARY LINARDUCCI, JAMES J. BUCKLEY,<br>MARGUERITE VAVALA, YVONNE<br>JOHNSON, MARTIN A. WILSON, SR.,<br>individually and in their official<br>capacities as members of the Red Clay<br>Consolidated School District Board of<br>Education; ROBERT J. ANDRZEJEWSKI,<br>individually and in his official capacity as<br>Superintendent of the Red Clay Consolidated<br>School District; and RED CLAY<br>CONSOLIDATED SCHOOL DISTRICT,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 06-740   GMS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**WAIVER OF SERVICE OF SUMMONS**

TO: JOSEPH M. BERNSTEIN, ESQUIRE
     Attorney for Plaintiff

     I acknowledge receipt of your request that I waive service of a summons in the above captioned action. I have also received a copy of the complaint in this action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

     I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that the entity on whose behalf I am acting be served with judicial process in the manner provided by Rule 4.

     The entity on whose behalf I am acting will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objection based on a defect in the summons or in the service of the summons.

     I understand that a judgment may be entered against the party on whose behalf I am acting if an answer or motion under Rule 12 is not served upon you within 60 days after December 6, 2006.

                                                _Diane L. Dunmon_
                                                Signature

                                                Print Name: Diane L. Dunmon

                                                Acting for:

Dated: _12-12-06_                         _Yvonne Johnson_