IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD A. BILISKI | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 06-740-GMS<br>) |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION, IRWIN J. BECNEL, JR., CHARLES CAVANAUGH, GARY LINARDUCCI, JAMES J. BUCKLEY, MARGUERITE VAVALA, YVONNE JOHNSON, MARTIN A. WILSON, SR, individually and in their official capacities as members of the Red Clay Consolidated School District Board of Education, ROBERT J. ANDRZEJEWSKI, individually and in his official capacity as Superintendent of Red Clay Consolidated School District; and RED CLAY CONSOLIDATED SCHOOL DISTRICT, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ANSWER AND AFFIRMATIVE DEFENSES

Defendants answer Plaintiff's Complaint as follows:

1. This paragraph states a legal conclusion as to which no response is required. By way of further answer, defendants deny that plaintiff's claims have legal or factual merit.

2. This paragraph states a legal conclusion as to which no response is required. By way of further answer, defendants deny that plaintiff's claims have legal or factual merit.

3. Admitted that plaintiff was employed by defendant Red Clay Consolidated School District Board of Education in the geographic area of the State of Delaware. It is denied that plaintiff's claims have factual or legal merit.

## THE PARTIES

4. Admitted upon information and belief that plaintiff is a male citizen of the United States and a resident of New Castle County, State of Delaware. It is also admitted that plaintiff was formerly employed as a computer technician by defendant, Red Clay Consolidated School District Board of Education.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. This paragraph states a legal conclusion as to which no response is required. By way of further answer, defendants deny that plaintiff's claims have legal or factual merit.

## FACTS COMMON TO ALL COUNTS

10. Admitted that plaintiff was hired by a Defendant of Red Clay Consolidated School District Board of Education, on or about March 21, 2001 and that his employment was terminated on August 8, 2006, effective 8/11/06. Admitted that on August 8, 2006, plaintiff met with Ted Ammann, Manager of Technology, and Debra Davenport, the District's Manager of Human Resources.

11. Admitted that Plaintiff received copies of the documents attached as Exhibits 1 through 3 respectively to his complaint. Each memorandum speaks for itself. It is

further admitted that on August 8, 2006 Plaintiff received the letter attached to the Complaint as Exhibit 4.

12. Denied.

13. Denied.

## CLAIMS ARISING UNDER 42 U.S.C. §1983

14. Defendants repeat and reallege their answers to Paragraphs 1 through 13 as if fully set forth herein.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims fail to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims fail in whole or in part because at all times Defendant made a good faith effort to comply with applicable law, acted lawfully and with legitimate non-discriminatory business reasons.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by his failure to mitigate damages.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint may be denied in whole or in part with the doctrine of after-acquired evidence.

## FIFTH AFFIRMATIVE DEFENSE

The individual defendants are entitled to Qualified Immunity from the suit.

WHEREFORE, Defendants respectfully request that this action be dismissed with prejudice, with costs and attorneys' fees assessed against Plaintiff.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Barry M. Willoughby
Barry M. Willoughby, Esquire (I.D. No. 1016)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
Email: bwilloughby@ycst.com
Attorney for Defendants, Red Clay Consolidated
School District Board of Education, et al.

Dated: February 6, 2007