IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTINA MONGELLI,**<br>    Plaintiff,<br><br>    v.<br><br>**RED CLAY CONSOLIDATED SCHOOL**<br>**DISTRICT BOARD OF EDUCATION;** *et al.,*<br>    Defendants. | :<br>:<br>:<br>:  Civil Action No. 05-359 SLR<br>:<br>:<br>:<br>: |

NOTICE OF SERVICE

Pursuant to Local Rule 5.4, the undersigned hereby certifies that Plaintiff's Second Supplement to Plaintiff's Response to Defendants' First Request for Production of Documents were served as noted below on February 20, 2007 upon the following:

Barry M. Willoughby, Esquire
Michael P. Stafford, Esquire
Young, Conaway, Stargatt & Taylor, LLP
PO Box 391
Wilmington, DE 19899
**By First Class Mail**


 /s/ Joseph M. Bernstein
JOSEPH M. BERNSTEIN (#780)
800 N. King Street - Suite 302
Wilmington, DE 19801
303-656-9850
E-Mail: jmbern001@comcast.net
Attorney for Plaintiff