JOSEPH M. BERNSTEIN
ATTORNEY-AT-LAW

800 N. KING STREET - SUITE 302
WILMINGTON, DE 19801
302-656-9850
FAX 302-656-9836

E-MAIL: JMBERN001@COMCAST.NET

March 23, 2007

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

**Re: Biliski v. Red Clay School District, C.A. 06-740 GMS**

Dear Judge Sleet:

  Due to a mis-communication between counsel, the Joint Status Report in the above case was not filed by March 22, 2007, as specified in the Court's Order filed March 7, 2007. The problem has been resolved and I anticipate that the report will be filed today.

  I apologize for any inconvenience this delay has caused.

             Respectfully yours,

             */s/ Joseph M. Bernstein*

             Joseph M. Bernstein

cc: Barry M. Willoughby, Esquire (By CM/ECF)