IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EDWARD A. BILISKI,**<br>    **Plaintiff,** | :<br>:<br>: |
| v. | : Civil Action No. 06-740 GMS<br>: |
| **RED CLAY CONSOLIDATED SCHOOL**<br>**DISTRICT BOARD OF EDUCATION;** *et al.,*<br>    **Defendants.** | :<br>:<br>: |

**NOTICE OF SERVICE**

Pursuant to Local Rule 5.4, the undersigned hereby certifies that Plaintiff's First Request for Production of Documents Directed to Defendants were served as noted below on March 29, 2007 upon the following:

Barry M. Willoughby, Esquire
Young, Conaway, Stargatt & Taylor, LLP
PO Box 391
Wilmington, DE 19899
**By First Class Mail**

　　　　　　　　　　　　　　　　　　　　 */s/ Joseph M. Bernstein*
　　　　　　　　　　　　　　　　　　　　JOSEPH M. BERNSTEIN (#780)
　　　　　　　　　　　　　　　　　　　　800 N. King Street - Suite 302
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　303-656-9850
　　　　　　　　　　　　　　　　　　　　E-Mail: jmbern001@comcast.net
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff