IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD A. BILISKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-740-GMS |
| | ) |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION, IRWIN J. BECNEL, JR., CHARLES CAVANAUGH, GARY LINARDUCCI, JAMES J. BUCKLEY, MARGUERITE VAVALA, YVONNE JOHNSON, MARTIN A. WILSON, SR, individually and in their official capacities as members of the Red Clay Consolidated School District Board of Education, ROBERT J. ANDRZEJEWSKI, individually and in his official capacity as Superintendent of Red Clay Consolidated School District; and RED CLAY CONSOLIDATED SCHOOL DISTRICT, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Barry M. Willoughby, Esquire, hereby certify that on May 4, 2007, copies of

Defendants' Response to Plaintiff's First Request for Production of Documents were hand delivered to

the following counsel of record:

>Joseph M. Bernstein, Esquire
>800 North King Street, Suite 302
>Wilmington, DE 19801

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Barry M. Willoughby*
>Barry M. Willoughby, Esquire (I.D. No. 1016)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>Telephone: (302) 571-6666
>Facsimile: (302) 576-3345
>Email: bwilloughby@ycst.com
>Attorneys for Defendants

Dated: May 4, 2007