IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD A. BILISKI, </br></br>Plaintiff, </br></br>v. </br></br>RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION, IRWIN J. BECNEL, JR., CHARLES CAVANAUGH, GARY LINARDUCCI, JAMES J. BUCKLEY, MARGUERITE VAVALA, YVONNE JOHNSON, MARTIN A. WILSON, SR, individually and in their official capacities as members of the Red Clay Consolidated School District Board of Education, ROBERT J. ANDRZEJEWSKI, individually and in his official capacity as Superintendent of Red Clay Consolidated School District; and RED CLAY CONSOLIDATED SCHOOL DISTRICT, </br></br>Defendants. | ) </br>) </br>) </br>) </br>) </br>) C.A. No. 06-740-GMS </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) |

## NOTICE OF SERVICE

I, Barry M. Willoughby, Esquire, hereby certify that on May 14, 2007, copies of Defendants' First Set of Interrogatories Directed to Plaintiff were hand delivered to the following counsel of record:

    Joseph M. Bernstein, Esquire
    800 North King Street, Suite 302
    Wilmington, DE 19801


    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    */s/ Barry M. Willoughby*
    Barry M. Willoughby, Esquire (I.D. No. 1016)
    Seth Reidenberg, Esquire (I.D. No. 3657)
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE 19899-0391
    Telephone: (302) 571-6666; Facsimile: (302) 576-3345
    Email: bwilloughby@ycst.com
    Attorneys for Defendants

Dated:  May 14, 2007