IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD A. BILISKI | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|      v. | ) C.A. No. 06-740-GMS |
| | ) |
| RED CLAY CONSOLIDATED SCHOOL | ) |
| DISTRICT BOARD OF EDUCATION, | ) |
| IRWIN J. BECNEL, JR., CHARLES | ) |
| CAVANAUGH, GARY LINARDUCCI, | ) |
| JAMES J. BUCKLEY, MARGUERITE | ) |
| VAVALA, YVONNE JOHNSON, | ) |
| MARTIN A. WILSON, SR, individually | ) |
| and in their official capacities as members | ) |
| of the Red Clay Consolidated School | ) |
| District Board of Education, ROBERT | ) |
| J. ANDRZEJEWSKI, individually and in | ) |
| his official capacity as Superintendent of | ) |
| Red Clay Consolidated School District; and | ) |
| RED CLAY CONSOLIDATED SCHOOL | ) |
| DISTRICT, | ) |
| | ) |
|       Defendants. | ) |

## NOTICE OF SERVICE

I, Barry M. Willoughby, Esquire, hereby certify that on May 14, 2007, copies of

Defendants' First Request for Production of Documents Directed to Plaintiff were hand delivered to the

following counsel of record:

> Joseph M. Bernstein, Esquire
> 800 North King Street, Suite 302
> Wilmington, DE 19801

> YOUNG CONAWAY STARGATT & TAYLOR, LLP

> */s/ Barry M. Willoughby*
> Barry M. Willoughby, Esquire (I.D. No. 1016)
> Seth Reidenberg, Esquire (I.D. No. 3657)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899-0391
> Telephone: (302) 571-6666; Facsimile: (302) 576-3345
> Email: bwilloughby@ycst.com
> Attorneys for Defendants

Dated:   May 14, 2007