IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EDWARD A. BILISKI,**<br>    Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No. 06-740-GMS<br>: |
| **RED CLAY CONSOLIDATED SCHOOL**<br>**DISTRICT BOARD OF EDUCATION,** *et al.,* | :<br>: |

NOTICE OF DEPOSITIONS

TO:   Barry M. Willoughby, Esquire
       Young, Conaway, Stargatt & Taylor, LLP
       The Brandywine Building
       1000 West Street - 17th Floor
       Wilmington, DE 19801
       Attorney for Defendants

   PLEASE TAKE NOTICE that the undersigned will take the oral deposition of the following persons on **August 9, 2007**, at the times listed below, at the offices of the Red Clay Consolidated School District, 4550 New Linden Hill Road, Wilmington, DE 19808:

   Debra Davenport        9:00 a.m.

   Diane Dunmon           10:00 a.m.

                     /s/ *Joseph M. Bernstein*
                    JOSEPH M. BERNSTEIN (#780)
                    800 N. King Street - Suite 302
                    Wilmington, DE 19801
                    302-656-9850
                    Attorney for Plaintiff

Dated: September 9, 2006
cc: Hawkins Reporting Service

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EDWARD A. BILISKI,** | : |
|     Plaintiff, | : |
| | : |
|     v. | : Civil Action No. 06-740-GMS |
| | : |
| **RED CLAY CONSOLIDATED SCHOOL** | : |
| **DISTRICT BOARD OF EDUCATION,** *et al.,* | : |

## CERTIFICATE OF SERVICE

    I hereby certify that on July 16, 2007, I electronically filed the foregoing Notice of Depositions with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

        Barry M. Willoughby, Esquire
        Young, Conaway, Stargatt & Taylor, LLP
        The Brandywine Building
        1000 West Street - 17th Floor
        Wilmington, DE 19801

        /s/ Joseph M. Bernstein
        JOSEPH M. BERNSTEIN (Bar #780)
        800 N. King Street - Suite 302
        Wilmington, DE 19801
        302-656-9850
        E-mail: jmbern001@comcast.net