IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD A. BILISKI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-740-GMS |
| ) | |
| RED CLAY CONSOLIDATED SCHOOL ) | |
| DISTRICT BOARD OF EDUCATION, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION

TO:  Joseph M. Bernstein, Esquire
     800 North King Street, Suite 302
     Wilmington, DE 19801-3544

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Plaintiff, **Edward A. Biliski**, on Wednesday, August 8, 2007, beginning at 10:00 a.m., and continuing thereafter from hour to hour and day to day until completion. The deposition will be held in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Barry M. Willoughby, Esquire (I.D. No. 1016)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
Email: bwilloughby@ycst.com
Attorneys for Defendants

Dated: July 18, 2007
cc: Wilcox & Fetzer, Ltd