IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD A. BILISKI | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|   v. | ) C.A. No. 06-740-GMS |
| | ) |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION, et al., | ) ) |
| | ) |
|        Defendants. | ) |

## RENOTICE OF DEPOSITION

TO: Joseph M. Bernstein, Esquire
William Erhart, Esquire
800 North King Street, Suite 302
Wilmington, DE 19801-3544

PLEASE TAKE NOTICE that the oral deposition of Plaintiff, **Edward A. Biliski**, which was scheduled for Wednesday, August 8, 2007 has been rescheduled to Monday, August 27, 2007, beginning at 12:00 p.m., and continuing thereafter from hour to hour and day to day until completion. The deposition will be held in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Barry M. Willoughby*
Barry M. Willoughby, Esquire (I.D. No. 1016)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
Email: bwilloughby@ycst.com
Attorneys for Defendants

Dated: August 15, 2007
cc: Wilcox & Fetzer, Ltd