## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EDWARD A. BILISKI,**<br>    Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No. 06-740-GMS<br>: |
| **RED CLAY CONSOLIDATED SCHOOL<br>DISTRICT BOARD OF EDUCATION,** *et al.,* | :<br>: |

### RE-NOTICE OF DEPOSITIONS

TO:   Barry M. Willoughby, Esquire
   Young, Conaway, Stargatt & Taylor, LLP
   The Brandywine Building
   1000 West Street - 17th Floor
   Wilmington, DE 19801
   Attorney for Defendants

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of the following persons on **August 30, 2007**, at the times listed below, at the law offices of Young, Conaway, Stragatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801. Plaintiff's counsel will be conducting the depositions by telephone.

   Debra Davenport        10:00 a.m.

   Diane Dunmon           11:00 a.m.


   /s/ *Joseph M. Bernstein*
   JOSEPH M. BERNSTEIN (#780)
   800 N. King Street - Suite 302
   Wilmington, DE 19801
   302-656-9850
   Attorney for Plaintiff


Dated: August 15, 2007
cc: Wilcox & Fetzer, Ltd.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **EDWARD A. BILISKI,** : | |
|    Plaintiff, : | |
| : | |
|    v. : | Civil Action No. 06-740-GMS |
| : | |
| **RED CLAY CONSOLIDATED SCHOOL** : | |
| **DISTRICT BOARD OF EDUCATION,** *et al.,* : | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 15, 2007, I electronically filed the foregoing Re-Notice of Depositions with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

        Barry M. Willoughby, Esquire
        Young, Conaway, Stargatt & Taylor, LLP
        The Brandywine Building
        1000 West Street - 17th Floor
        Wilmington, DE 19801

        /s/ Joseph M. Bernstein
        JOSEPH M. BERNSTEIN (Bar #780)
        800 N. King Street - Suite 302
        Wilmington, DE 19801
        302-656-9850
        E-mail: jmbern001@comcast.net