## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EDWARD A. BILISKI,** <br>     Plaintiff, | : <br> : <br> : |
| v. | : Civil Action No. 06-740-GMS <br> : |
| **RED CLAY CONSOLIDATED SCHOOL** <br> **DISTRICT BOARD OF EDUCATION,** *et al.,* | : <br> : |

### RE-NOTICE OF DEPOSITIONS

TO:   Barry M. Willoughby, Esquire
         Young, Conaway, Stargatt & Taylor, LLP
         The Brandywine Building
         1000 West Street - 17th Floor
         Wilmington, DE 19801
         Attorney for Defendants

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of the following persons on **August 29, 2007**, at the times listed below, at the law offices of Young, Conaway, Stragatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801. Plaintiff's counsel will be conducting the depositions by telephone.

| | |
|---|---|
| Debra Davenport | 10:00 a.m. |
| Diane Dunmon | 11:00 a.m. |

  /s/ *Joseph M. Bernstein*
JOSEPH M. BERNSTEIN (#780)
800 N. King Street - Suite 302
Wilmington, DE 19801
302-656-9850
Attorney for Plaintiff

Dated: August 17, 2007
cc: Wilcox & Fetzer, Ltd.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EDWARD A. BILISKI,** | : |
|     Plaintiff, | : |
| | : |
|     v. | : Civil Action No. 06-740-GMS |
| | : |
| **RED CLAY CONSOLIDATED SCHOOL** | : |
| **DISTRICT BOARD OF EDUCATION,** *et al.,* | : |

## CERTIFICATE OF SERVICE

    I hereby certify that on August 17, 2007, I electronically filed the foregoing Re-Notice of Depositions with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

        Barry M. Willoughby, Esquire
        Young, Conaway, Stargatt & Taylor, LLP
        The Brandywine Building
        1000 West Street - 17th Floor
        Wilmington, DE 19801

        /s/ Joseph M. Bernstein
        JOSEPH M. BERNSTEIN (Bar #780)
        800 N. King Street - Suite 302
        Wilmington, DE 19801
        302-656-9850
        E-mail: jmbern001@comcast.net