## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD A. BILISKI,<br>    Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No. 06-740-GMS |
| | : |
| RED CLAY CONSOLIDATED SCHOOL<br>DISTRICT BOARD OF EDUCATION, *et al.,* | :<br>: |

### NOTICE OF DEPOSITION

TO:   Barry M. Willoughby, Esquire
      Young, Conaway, Stargatt & Taylor, LLP
      The Brandywine Building
      1000 West Street - 17th Floor
      Wilmington, DE 19801
      Attorney for Defendants

   PLEASE TAKE NOTICE that the undersigned will take the oral deposition of **Irwin J. Becnel, Jr.** on **September 27, 2007**, at 9:30 a.m., at the law offices of Young, Conaway, Stragatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

Plaintiff's counsel will be conducting the depositions by telephone.


                            /s/ *Joseph M. Bernstein*
                            JOSEPH M. BERNSTEIN (#780)
                            800 N. King Street - Suite 302
                            Wilmington, DE 19801
                            302-656-9850
                            Attorney for Plaintiff


Dated: September 24, 2007

cc: Wilcox & Fetzer, Ltd.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EDWARD A. BILISKI,** | : |
|     Plaintiff, | : |
| | : |
|     v. | : Civil Action No. 06-740-GMS |
| | : |
| **RED CLAY CONSOLIDATED SCHOOL** | : |
| **DISTRICT BOARD OF EDUCATION,** *et al.,* | : |

## CERTIFICATE OF SERVICE

    I hereby certify that on September 24, 2007 I electronically filed the foregoing Notice of Deposition with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

        Barry M. Willoughby, Esquire
        Young, Conaway, Stargatt & Taylor, LLP
        The Brandywine Building
        1000 West Street - 17th Floor
        Wilmington, DE 19801

        /s/ Joseph M. Bernstein
        JOSEPH M. BERNSTEIN (Bar #780)
        800 N. King Street - Suite 302
        Wilmington, DE 19801
        302-656-9850
        E-mail: jmbernstein@embarqmail.com