IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EDWARD A. BILISKI,**<br>     Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No. 06-740 GMS<br>: |
| **RED CLAY CONSOLIDATED SCHOOL**<br>**DISTRICT BOARD OF EDUCATION;** *et al.,*<br>     Defendants. | :<br>:<br>:<br>: |

**MOTION TO AMEND SCHEDULING ORDER**

The Plaintiff hereby moves the Court to amend the Scheduling Order (DI #20) dated May 1, 2007, in the following respects**:**

Paragraph 6 of the Scheduling Order relating to case dispositive motions be amended to provide that any such motions shall be filed on or before **October 29, 2007**.

In support of this Motion, it is represented as follows:

(1)  Counsel for the plaintiff became ill on October 3, 2007 and underwent surgery on October 5, 2007.  As a result of the surgery, counsel has been unable to work since October 5, 2007, but expects to be able to work 4 to 6 hours per day beginning October 15, 2007. Documentation concerning counsel's medical treatment will be provided under seal, at the request of the Court.

Counsel for plaintiff has discussed this Motion with counsel for the defendants, who has advised that they take no position with respect to the Motion, but if the requested extension of time is granted by the Court, defense counsel request that they be allowed until October 29, 2007, as well, to file any case dispositive motions.

 /s/ Joseph M. Bernstein
JOSEPH M. BERNSTEIN (#780)
800 N. King Street - Suite 302
Wilmington, DE 19801
302-656-9850
302-656-9836 (Fax)
E-mail: jmbernstein@embarqmail.com
Attorney for Plaintiff

Dated: October 11, 2007

## CERTIFICATE OF SERVICE

     I hereby certify that on October 11, 2007, I electronically filed the foregoing Motion to Amend Scheduling Order with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

          Barry M. Willoughby, Esquire
          Young, Conaway, Stargatt & Taylor, LLP
          The Brandywine Building
          1000 West Street - 17th Floor
          Wilmington, DE 19801

          / s/ Joseph M. Bernstein
          JOSEPH M. BERNSTEIN (Bar #780)
          800 N. King Street - Suite 302
          Wilmington, DE 19801
          302-656-9850
          E-mail: jmbern001@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EDWARD A. BILISKI,**<br>    Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No. 06-740 GMS<br>: |
| **RED CLAY CONSOLIDATED SCHOOL**<br>**DISTRICT BOARD OF EDUCATION;** *et al.,*<br>    Defendants. | :<br>:<br>: |

**ORDER**

AND NOW, this ____ day of October, 2007, IT IS ORDERED that the plaintiff's Motion to Amend Scheduling Order is hereby _____. The Scheduling Order (DI#20) is hereby amended to provide that all case dispositive motions shall be filed on or before **October 29, 2007.**

_____
Gregory M. Sleet, District Judge