## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EDWARD A. BILISKI,**<br>　　Plaintiff, | :<br>:<br>: |
| 　　　　v. | : Civil Action No. 06-740 GMS<br>: |
| **RED CLAY CONSOLIDATED SCHOOL**<br>**DISTRICT BOARD OF EDUCATION;** *et al.,*<br>　　Defendants. | :<br>:<br>: |

### NOTICE OF SERVICE

Pursuant to Local Rule 5.4, the undersigned hereby certifies that Plaintiff's First Supplement to Plaintiff's Response to Defendant's Request for Production of Documents were served as noted below on October 17, 2007 upon the following:

Barry M. Willoughby, Esquire
Young, Conaway, Stargatt & Taylor, LLP
PO Box 391
Wilmington, DE 19899
**By First Class Mail**

　　　　　　　　　　　　　　　　　　　　　 */s/ Joseph M. Bernstein*
　　　　　　　　　　　　　　　　　　　　　JOSEPH M. BERNSTEIN (#780)
　　　　　　　　　　　　　　　　　　　　　800 N. King Street - Suite 302
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　303-656-9850
　　　　　　　　　　　　　　　　　　　　　E-Mail: jmbern001@comcast.net
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff