IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDWARD A. BILISKI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-740-GMS |
| | ) | |
| RED CLAY CONSOLIDATED SCHOOL | ) | |
| DISTRICT BOARD OF EDUCATION, | ) | |
| IRWIN J. BECNEL, JR., CHARLES | ) | |
| CAVANAUGH, GARY LINARDUCCI, | ) | |
| JAMES J. BUCKLEY, MARGUERITE | ) | |
| VAVALA, YVONNE JOHNSON, | ) | |
| MARTIN A. WILSON, SR, individually | ) | |
| and in their official capacities as members | ) | |
| of the Red Clay Consolidated School | ) | |
| District Board of Education, ROBERT | ) | |
| J. ANDRZEJEWSKI, individually and in | ) | |
| his official capacity as Superintendent of | ) | |
| Red Clay Consolidated School District; and | ) | |
| RED CLAY CONSOLIDATED SCHOOL | ) | |
| DISTRICT, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in their accompanying Opening Brief, Defendants hereby move for summary judgment in the above-captioned matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Barry M. Willoughby, Esquire (I.D. No. 1016)
Seth J. Reidenberg, Esquire (I.D. No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; 571-6706
Facsimile: (302) 576-3345; 576-3442
Email: bwilloughby@ycst.com; sreidenberg@ycst.com
Attorneys for Defendants

Dated: October 29, 2007