IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD A. BILISKI,<br>    Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No. 06-740-GMS<br>: |
| RED CLAY CONSOLIDATED SCHOOL<br>DISTRICT BOARD OF EDUCATION, *et al.*, | :<br>: |

## MOTION FOR SUMMARY JUDGMENT

The above named plaintiff hereby moves the Court, under Fed. R.Civ.P. 56(a), to enter judgment in his favor, on the ground that there are no material issues of fact in dispute and that plaintiff is entitled to judgment as a matter of law.

         /s/ *Joseph M. Bernstein*
JOSEPH M. BERNSTEIN (#780)
800 N. King Street - Suite 302
Wilmington, DE 19801
302-656-9850
Attorney for Plaintiff

Dated: October 29, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that on October 29, 2007, I electronically filed the foregoing Plaintiff's Motion for Summary Judgment with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

        Barry M. Willoughby, Esquire
        Young, Conaway, Stargatt & Taylor, LLP
        The Brandywine Building
        1000 West Street - 17th Floor
        Wilmington, DE 19801

        /s/ Joseph M. Bernstein
        JOSEPH M. BERNSTEIN (Bar #780)
        800 N. King Street - Suite 302
        Wilmington, DE 19801
        302-656-9850
        E-mail: jmbern001@comcast.net