**JOSEPH M. BERNSTEIN**
ATTORNEY-AT-LAW

800 N. KING STREET - SUITE 302
WILMINGTON, DE 19801
302-656-9850
FAX 302-656-9836

E-MAIL: JMBERNSTEIN@EMBARQMAIL.COM

January 3, 2008

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

**Re: Biliski v. Red Clay School District, C.A. 06-740 GMS**

Dear Judge Sleet:

     I am writing to call the Court's attention to an apparent discrepancy concerning the trial in the above case, which is scheduled on March 18, 2008. According to the Scheduling Order (D.I. 20), the case is scheduled for a bench trial. The Complaint (D.I. 1), on the other hand contains a demand for a jury trial. Obviously, whether the case goes forward as a jury trial or a bench trial will impact the pret-trial filings that will be required and which are due on or before February 4, 2008.

     If the Court wishes to schedule a teleconference concerning this matter, I can be reached at 239-948-7960.

                                                    Respectfully yours,

                                                    */s/ Joseph M. Bernstein*

                                                    Joseph M. Bernstein

cc: Barry M. Willoughby, Esquire (By CM/ECF)