IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD A. BILISKI,<br>    Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No. 06-740-GMS<br>: |
| RED CLAY CONSOLIDATED SCHOOL<br>DISTRICT BOARD OF EDUCATION, *et al.,* | :<br>: |

**MOTION FOR LEAVE TO PARTICIPATE IN
PRE-TRIAL CONFERENCE BY TELEPHONE**

    The undersigned counsel hereby moves the Court for permission to participate by telephone in the Pre-Trial Conference, which is scheduled on February 26, 2007, at 9:30 a.m. In August 2007, counsel relocated his primary residence from Wilmington, Delaware to Bonita Springs, Florida. The transportation costs to travel to Delaware for the Pre-Trial Conference are approximately $500.00. If permission is granted, counsel will also arrange for associate counsel, who is familiar with the case, to attend the pre-trial conference in person.

    Counsel has discussed the substance of this Motion with the attorneys for the defendants and defense counsel does not object to this motion.

                                                         /s/ *Joseph M. Bernstein*
                                                      JOSEPH M. BERNSTEIN (#780)
                                                      800 N. King Street - Suite 302
                                                      Wilmington, DE 19801
                                                        302-656-9850
                                                       Attorney for Plaintiff

Dated: January 15, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EDWARD A. BILISKI,**<br>    Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No. 06-740-GMS<br>: |
| **RED CLAY CONSOLIDATED SCHOOL**<br>**DISTRICT BOARD OF EDUCATION,** *et al.,* | :<br>: |

**ORDER**

AND NOW, this ___ day of January, 2008, upon consideration of the motion filed by plaintiff's counsel for leave to participate in the Pre-Trial Conference, which is scheduled on February 26, 2007, at 9:30 a.m., IT IS ORDERED that said Motion is hereby _____.

_____
Gregory M. Sleet, District Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 15, 2008, I electronically filed the foregoing Plaintiff's Motion for Permission to Participate in Pre-Trial Conference by Telephone with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

      Barry M. Willoughby, Esquire
      Young, Conaway, Stargatt & Taylor, LLP
      The Brandywine Building
      1000 West Street - 17th Floor
      Wilmington, DE 19801

      /s/ Joseph M. Bernstein
      JOSEPH M. BERNSTEIN (Bar #780)
      800 N. King Street - Suite 302
      Wilmington, DE 19801
      302-656-9850
      E-mail: jmbernstein@embarqmail.com