IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EDWARD A. BILISKI,**<br>    Plaintiff,<br><br>    v.<br><br>**RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION; IRWIN J. BECNEL, JR, CHARLES CAVANAUGH, GARY LINARDUCCI, JAMES J. BUCKLEY, MARGUERITE VAVALA, YVONNE JOHNSON, MARTIN A. WILSON, SR.,** individually and in their official capacities as members of the Red Clay Consolidated School District Board of Education; **ROBERT J. ANDRZEJEWSKI,** individually and in his official capacity as Superintendent of the Red Clay Consolidated School District; and **RED CLAY CONSOLIDATED SCHOOL DISTRICT,**<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 06-740 (GMS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF APPEAL**

Notice is hereby given that Edward A. Biliski, the Plaintiff in the above captioned action, hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's Memorandum Opinion and Order dated February 14, 2008 (D.I. 50), which granted the defendants' motion for summary judgment and denied the plaintiff's cross-motion for summary judgment.

                                                                                                 */s/ Joseph M. Bernstein*
                                                                                             JOSEPH M. BERNSTEIN (#780)
                                                                                             800 N. King Street - Suite 302
                                                                                             Wilmington, DE 19801
                                                                                             302-656-9850
                                                                                              E-mail: jmbernstein@embarqmail.com
                                                                                              Attorney for Plaintiff

Dated: March 5, 2008